EXHIBIT 1

TENNILLE V. WESTERN UNION
SETTLEMENT ADMINISTRATOR
PO BOX 3058
PORTLAND, OR  97208-3058

*463656851672*

IBOLYA RADULESCU
2410 BELLEVUE WAY
BELLEVUE, WA 98004

July 19, 2019
Tracking Number: 1295759

Dear Ibolya Radulescu,

Thank you for your phone call.

A thorough review of the Class Member records did not locate any records matching the name Ibolya Radulescu. This confirms that you are not a member of the Settlement Class and are not included in the Settlement.

Sincerely,

Tennille v. Western Union Settlement Administrator