EXHIBIT 2



**WESTERN UNION FINANCIAL SERVICES INC.**

August 07, 2018

Western Union Financial Services, Inc.
P.O. Box 6037
Englewood, CO 80155

IBOLYA RADULESCU
2410 BELLEVUE WAY NE
BELLEVUE, WA 98004


1584

*Handwritten note:* Case # 395-916-76
Spoke on 9-7-18
Said it will process in 7-10 days
will receive check at home.

RE:   WESTERN UNION FINANCIAL SVCS - MONEY TRANSFER

A recent review of our records indicates a Western Union money transfer, in the original transaction amount of $100.00, sent by you on April 11, 2013, was never received. (The original transaction amount may be subject to a reduction of fees and charges as provided in the contract with Western Union, or applicable by law.) If you wish to claim these funds:

1) Complete the bottom half of this letter
   - Sign Name on the signature line, print name and date
   - Provide address where refund check should be mailed
   - Provide your present telephone number

2) Provide proof of ownership
   - Provide a **photocopy** of a valid government issued picture ID (such as Driver's License, Passport, or State Issued ID) showing name and signature of individual signing claim
   - Provide proof of address, printed on this letter, if different from current address

3) Return this completed letter with information listed above along with **photocopy of picture ID with signature** to the following address:

   Western Union
   PO Box 6037
   Englewood, CO 80155

**If no response is received in writing to the above address by September 07, 2018,** the law requires us to remit this property to the State's Treasurer's Office as unclaimed property.

Action to be taken (PLEASE CHECK ONE)

✓ I hereby wish to claim my rightful ownership of these funds as noted above and affirm that the above mentioned money transfer was never received.

___ I do not wish to claim these funds as noted above and relinquish all claims to the property.

Signature: *Radulescu*  Name (printed): IBOLYA RADULESCU  Date: 9-5-2018
Street Address: 2410 Bellevue Way N.E.  City: Bellevue
State: WA   Zip: 98004  Telephone: (425)945-2410  e-mail address: ibolyar@gmail.com

State: WA
Due Date: September 07, 2018
If you have any questions regarding this letter, we may be contacted either by calling **1-877-406-1750** or emailing **correspondence.desk@westernunion.com**, please make reference to 2018 Due Diligence Letter.

*Contact information will solely be used for correspondence regarding this due diligence letter. If you suspect that you may be a victim of fraud please go to westernunion.com/fraud for more information.


18 205 302 466

Agosto 07, 2018

Western Union Financial Services, Inc.
P.O. Box 6037
Englewood, CO 80155

IBOLYA RADULESCU
2410 BELLEVUE WAY NE
BELLEVUE, WA 98004

Asunto: WESTERN UNION FINANCIAL SVCS- TRANSFERENCIA DE DINERO.

Estimado Cliente de Western Union,

Recientemente revisamos nuestros archivos y se determinó que una transferencia por un monto de $100.00 enviada por usted en Abril 11, 2013, nunca fué recibida (el monto original de la transacción podría estar sujeto a la reducción de cargos y de una comisión por administración proporcionados en el contrato con Western Union, o los aplicables por ley). Si usted desea reclamar éstos fondos favor proceder de la siguiente forma:

1) Completar la parte inferior de ésta carta:
   - Favor firmar, escribir su nombre y la fecha.
   - Indicar la dirección donde desea recibir el cheque.
   - Indicar número telefónico actual.

2) Proporcionar prueba de propiedad:
   - Adjuntar fotocopia de identificación válida emitida por el Gobierno con fotografía (por ejemplo licencia de conducir, pasaporte o identificación emitida por el Estado) mostrando el nombre y la firma de la persona que firma ésta carta.
   - Adjuntar constancia de la dirección indicada en ésta carta, en caso de que sea distinta a la dirección actual.

3) Por favor regresar ésta carta completando la información anteriormente solicitada más la **fotocopia de la identificación con su respectiva firma** a la siguiente dirección:

   Western Union
   PO Box 6037
   Englewood, CO 80155

**Si no se recibe una respuesta por escrito a la dirección indicada anteriormente para Setiembre 07, 2018,** la ley nos exige hacer entrega de ésta propiedad a la Oficina de Tesorería Estatal como propiedad no reclamada.

Acciones a ser tomadas (por favor elegir una)

___ Deseo reclamar mi derecho de propiedad sobre el dinero mencionado anteriormente y certifico que éste envío de dinero nunca fué recibido.

___ No deseo reclamar la propiedad anteriormente mencionada. Por lo tanto renuncio a mis derechos sobre ésta propiedad.

Firma: _____ Nombre (escrito): _____ Fecha: _____

Dirección: _____ Ciudad: _____ Estado: _____

Código Postal: _____ Teléfono: _____ Correo Electrónico: _____

**Estado: WA**
**Fecha Limite: September 07, 2018**

Si tiene alguna pregunta relacionada a ésta carta, nos puede contactar llamando al **1-877-406-1750** o enviandonos un correo electrónico a **correspondence.desk@westernunion.com**, por favor hacer referencia a 2018 Due Diligence Letter.

*La información brindada será utilizada solamente para los trámites indicados en esta carta, si usted sospecha ser victima de fraude visite: westernunion.com/fraud para mayor información.



18 205 302 466



**This document provides you with all the answers you may have regarding the letter you just received.**

Before mailing your request, did you...

[ ] ****Provide proof of address preprinted on letter
[ ] ***Provide a photocopy of a valid government issued picture ID (such as Driver's License, Passport, or State Issued ID) showing name and signature of individual signing claim
[ ] Provide a copy of letter with name signed, name printed and dated
[ ] Provide address where refund check should be mailed
[ ] Provide your present telephone number

NOTE: Failure to provide the required documentation will result in the request being returned until proper documentation is received.

**** This letter was mailed to the address we have in our records. If you no longer reside at the address printed on this letter, you MUST provide proof of the address we have in our records. **The following are examples of accepted documentation.**

<u>Example of accepted documentation</u>

| | | |
|---|---|---|
| Old Utility Bill | Cell Phone Bill | Tax Documents |
| Mortgage Payment Coupon | Pay Stub | *Credit Report |

*Please only send in the page that has the old address on it

*** Why do you need a copy of my ID?

To safeguard the interest of the owner(s) of the property, Western Union MUST verify that you are the rightful owner of the property.

*** The following are examples of what type of ID is acceptable:

| <u>Consumer</u> | <u>Business Representative</u> |
|---|---|
| **State-issued driver's license | Work ID w/signature and photo |
| State ID | Letter of authorization to sign and claim on behalf of business |
| Passport | Business Card |

**You may block out the Social Security Number and/or birth date on the copy of your state-issued driver's license.

Who may claim Unclaimed Property?

The reported owner, estate, lawful heir, or duly authorized representative.

What if my name has changed?

To safeguard the interest of the owner(s) of the property, Western Union MUST verify that you are the rightful owner of the property.

The following are examples of documents that can be used to prove your former name:

| | |
|---|---|
| Marriage Certificate | Citizenship Documents |
| Divorce Decree | Adoption Papers |
| Court Document Identifying the Name Change | Amended Birth Certificate |

Individual Claiming Funds for the Estate of a Deceased Sender:

The individual claiming the funds must complete the form, provide a photocopy of his/her ID, a copy of the sender's death certificate and appointment as executor or administrator of the estate.

What is Unclaimed Property?

All intangible property unclaimed by its owner for a specific period of time, called the dormancy period. Unclaimed property may include dormant savings and checking accounts, unclaimed wages, dividends, credit balances and any type of outstanding checks.

Tangible property may include contents of safe deposit boxes or items left in safekeeping.

Why are you contacting me now?

State laws require holders of unclaimed property to contact owners before remitting the property to the state.

**If the required documentation is not received by the due date, Western Union is required to remit the property to the state. Once the property is remitted to the state, please contact your state treasurer's office to claim your property.**



Este documento proporciona todas las respuestas respecto a la notificación que usted acaba de recibir.

Antes de que envié por correo su solicitud, verifique lo siguiente....

[ ] ****Esta anexando una copia de un documento que compruebe la dirección que aparece en la notificación recibida
[ ] ***Esta anexando una copia de una identificación (ID) con foto emitida por el gobierno (Tal como la licencia de conducir, el pasaporte, u otra identificación emitida por el Estado)
[ ] Esta anexando una copia de la notificación recibida con la firma, nombre escrito con letra de molde y la fecha
[ ] Esta incluyendo la dirección a donde se enviara el cheque con el monto del reclamo
[ ] Esta incluyendo su numero telefónico actual

**NOTA: Si no recibimos toda la documentación solicitada para hacer el reembolso, la solicitud será regresada a usted y no se procesara hasta que la documentación correcta sea recibida.**

**** Esta notificación fue enviada a la dirección que esta archivada en nuestros registros. Si usted no reside mas en la dirección que está incluida en este documento, usted **DEBE DE ENVIAR** una copia que compruebe que usted residió en la dirección que nosotros tenemos en nuestros archivos(La que esta incluida en la notificación que usted recibió). Los siguientes son ejemplos del tipo de documentos que son aceptables para la verificación de la dirección:

Ejemplos de documentación que son aceptables para verificar su dirección anterior:

Un recibo del pago de energía
Un recibo de nomina
Letra del pago de la hipoteca de la casa

Un recibo del pago del teléfono celular
Documentos de la declaración de impuestos
*Reporte de Crédito

*Por favor solo envié la página que tenga la vieja dirección

*** Por que se necesita una copia de su ID (Identificación)?

Para salvaguardar el interés del dueño de la propiedad(O el Bien) Western Union DEBE VERIFICAR que usted sea realmente el legitimo propietario del bien.

*** Los siguientes son ejemplos del tipo de ID(Identificación) que es aceptable:

Cliente
**Licencia de conducir expedido en el Estado
Una Identificacion (ID) del Estado
Pasaporte

Representante del negocio
Identificación del trabajo con firma y fotografía
Tarjeta de presentación (Business Card)
Una carta de autorización con la firma y la solicitud en nombre de la empresa

**Por seguridad usted puede ocultar el número del Seguro Social y/o la fecha de nacimiento en la copia de su licencia de conducir expedida en el estado.

Que personas pueden exigir que se les de la propiedad (O el bien) que no ha sido reclamado?

El dueño de la propiedad o el bien que ha sido informado, el estado, un heredero legal, o un representante debidamente autorizado.

Que sucede si se ha cambiado el nombre?

Para salvaguardar el interés del dueño de la propiedad(Bien) Western Union DEBE VERIFICAR que usted sea realmente el legitimo propietario del bien.

Los siguientes son ejemplos de los documentos que pueden ser usados para demostrar su antiguo nombre:

Acta o Certificado de Matrimonio
Acta o Certificado de Divorcio
Documento de la corte identificando el cambio del nombre

Documentos de la ciudadanía
Documentos de adopción
Acta de nacimiento modificada

Reclamo individual de fondos como patrimonio de un remitente fallecido:

El individuo que reclame los fondos debe completar la forma(Planilla), entregar una fotocopia de su ID(Identificacion), una copia del acta de defunción del remitente y un documento que lo nombre como albacea o administrador del patrimonio del remitente.

Que se considera Propiedad (O bien) No Reclamada?

Todos los bienes intangibles que no han sido reclamados por su dueño durante un periodo específico de tiempo el cual se llama el periodo de latencia. Propiedad no reclamada puede incluir cuentas de cheques y ahorros inactivos, sueldos y salarios no reclamados, dividendos, saldos de crédito a favor y cualquier otro tipo de cheques que no han sido cambiados.

Los bienes tangibles pueden incluir el contenido de cajas de seguridad o los artículos dejados en custodia.

Por que se le está contactando en este momento?

Las leyes del estado solicitan que las compañías o individuos que mantengan propiedad o bienes no reclamados de otras personas, contacten a los dueños de dichos bienes y les dejen saber la situación antes de que se envié el bien al estado.

** Si la información solicitada no es recibida durante la fecha estipulada, Western Union está obligado a enviar la propiedad(Bienes) al estado. Una vez que la propiedad o el bien es enviado al estado, por favor contacte a la oficina de tesorería del estado para exigir el pago de la propiedad o el bien.**